# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 24, 2018

## NO. 03-17-00669-CR

**John Christopher Foster, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM THE 403RD DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND BOURLAND
REVERSED AND REMANDED -- OPINION BY JUSTICE PURYEAR**

This is an appeal from the judgment of conviction rendered by the district court. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the district court's judgment of conviction. Therefore, the Court reverses the district court's judgment of conviction and remands the case for further proceedings consistent with this Court's opinion. Because appellee is indigent and unable to pay costs, no adjudication of costs is made.